**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-131-JLK-AP (consolidated with 15-cv-130, 15-cv-286)

WILDEARTH GUARDIANS, and
CLAIT E. BRAUN, Plaintiffs

v.

DAN ASHE, Director, and
UNITED STATES FISH AND WILDLIFE SERVICE, Defendants.

---

ORDER GRANTING UNOPPOSED JOINT MOTION TO INTERVENE BY THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORADO AND THE GUNNISON COUNTY STOCKGROWERS' ASSOCIATION, INC.

---

This matter is currently before me on the Unopposed Joint Motion to Intervene filed by the Board of County Commissioners of the County of Gunnison, Colorado and the Gunnison County Stockgrowers' Association, Inc. (collectively "Gunnison Intervenors") (Doc. 11). The Gunnison Intervenors seek to jointly intervene in this matter pursuant to Fed. R. Civ. P. 24(a)(2) (allowing intervention as a matter of right) or Fed. R. Civ. P. 24(b)(1)(B) (allowing permissive intervention). Plaintiffs and Defendants do not oppose Gunnison Intervenors' intervention in this litigation.

I find that the Gunnison Intervenors have satisfied the requirements of Fed. R. Civ. P. 24(a)(2), and their Unopposed Motion to Intervene is GRANTED. The clerk shall enter their answer attached to their Motion to Intervene.

In the interest of the efficient conduct of these proceedings, the Gunnison Intervenors' participation will be subject to the following limitations:

1. Gunnison County and the Gunnison Stockgrowers shall participate on a joint basis in this matter, including the filing of joint pleadings herein.

2. Counsel for Defendants and counsel for Gunnison Intervenors must confer before filing any motion, responsive filing, or brief to determine whether their positions may be set forth in a consolidated fashion.

3. Any separate filings by Gunnison Intervenors must include a Certificate of Compliance with the above condition and a statement that the issues raised are not adequately covered by Defendants' position.

Dated: May 11, 2015

BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Judge